















LMM   9/8/00   8:04

3:00-CV-01386   DIRECTED ELECTRONICS V. HOUSTON A 1 CAR

*9*

*ANS.*

1  DAVID D. WON
   LAW OFFICES OF DAVID D. WON
2  SBN 177880
   Equitable Plaza
3  3435 Wilshire Boulevard, Suite 2400
   Los Angeles, California 90010-1930
4  Tel:(213) 738-7337/Fax:(213)738-7322
   *[Our File#: 0074-60142-dw]*
5
   Attorney for Defendant,
6  **HAK B. CHOI, an individual doing business as AUDIO TUNE**

7

8                **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  DIRECTED ELECTRONICS, INC., a           CASE NO:   __00-CV-1386-BTM (LAB)__
    California corporation,
12
                           Plaintiff,
13  vs.                                     **ANSWER OF DEFENDANT**
                                            **HAK B. CHOI, an individual**
14  HOUSTON A-1 CAR STEREO PLUS, INC., a    **doing business as AUDIO TUNE**
    Texas corporation, doing business as A-1
15  CAR STEREO and/or A-1 CAR STEREO, INC.;
    HAK B. CHOI, an individual, doing business
16  as AUTO TUNE; TERRY BUMI RYU, also
    known as TERRY YOON and BUMI YOON, an
17  individual, doing business as CITY SOUND;
    JAY RYU, an individual, doing business as
18  CITY SOUND; RUBEN DE ROBLES, an
    individual, doing business as DISCOUNT
19  CUSTOM CAR STEREO; FRAGA AZAEL
    GARCIA, an individual, doing business as
20  DISCOUNT CUSTOM CAR STEREO;
    DISCOUNT ELECTRONICS, INC., a
21  California corporation; HALLELUJAH AUTO
    SOUND, INC., a California corporation;
22  SEO OK MOON, an individual, doing
    business as HALLELUJAH AUTO SOUNDS;
23  THUNDER SOUND CORPORATION, a
    California corporation, doing business as
24  RAINBOW SOUND; HEIP NGUYEN, an
    individual, doing business as RAINBOW
25  SOUND; SOUND MASTER, INC., a California
    corporation; WON SIK IM, an individual,
26  doing business as K.J. STEREO; and STEREO
    HUT, INC., a Texas corporation,
27
                           Defendants.
28

- 1 -
ANSWER

COME NOW Defendant **HAK B. CHOI, an individual doing business as AUDIO TUNE** ("Defendant"), answering the unverified complaint on file herein, for HIMSELF only, and allege as follows:

<u>THE PARTIES</u>

1.      Answering ¶ 1 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

2.      Answering ¶ 2 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

3.      Answering ¶ 3 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

4.      Answering ¶ 4 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

5.      Answering ¶ 5 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

6.      Answering ¶ 6 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

7.      Answering ¶ 7 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

8.      Answering ¶ 8 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

9.    Answering ¶ 9 of the Complaint on file, Defendant admits the allegation contained therein.

10.    Answering ¶ 10 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

11.    Answering ¶ 11 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

12.    Answering ¶ 12 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

13.    Answering ¶ 13 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

14.    Answering ¶ 12 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

15.    Answering ¶ 13 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

<u>JURISDICTION AND VENUE</u>

16.    Answering ¶ 16 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

17.    Answering ¶ 17 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

18.    Answering ¶ 18 of the Complaint on file, Defendant is without sufficient

1  knowledge or information to form a belief as to the truth of the allegations contained
2  therein, and on that basis denies each and every allegation contained therein.

3      19.   Answering ¶ 19 of the Complaint on file, Defendant is without sufficient
4  knowledge or information to form a belief as to the truth of the allegations contained
5  therein, and on that basis denies each and every allegation contained therein.

6  <u>GENERAL ALLEGATIONS</u>

7      20.   Answering ¶ 20 of the Complaint on file, Defendant is without sufficient
8  knowledge or information to form a belief as to the truth of the allegations contained
9  therein, and on that basis denies each and every allegation contained therein.

10      21.   Answering ¶ 21 of the Complaint on file, Defendant is without sufficient
11  knowledge or information to form a belief as to the truth of the allegations contained
12  therein, and on that basis denies each and every allegation contained therein.

13      22.   Answering ¶ 22 of the Complaint on file, Defendant is without sufficient
14  knowledge or information to form a belief as to the truth of the allegations contained
15  therein, and on that basis denies each and every allegation contained therein.

16  <u>TRADEMARKS</u>

17      23.   Answering ¶ 23 of the Complaint on file, Defendant is without sufficient
18  knowledge or information to form a belief as to the truth of the allegations contained
19  therein, and on that basis denies each and every allegation contained therein.

20      24.   Answering ¶ 24 of the Complaint on file, Defendant is without sufficient
21  knowledge or information to form a belief as to the truth of the allegations contained
22  therein, and on that basis denies each and every allegation contained therein.

23      25.   Answering ¶ 25 of the Complaint on file, Defendant is without sufficient
24  knowledge or information to form a belief as to the truth of the allegations contained
25  therein, and on that basis denies each and every allegation contained therein.

26  <u>PATENTS</u>

27      26.   Answering ¶ 26 of the Complaint on file, Defendant is without sufficient
28  knowledge or information to form a belief as to the truth of the allegations contained

1 | therein, and on that basis denies each and every allegation contained therein.

2 |     27.    Answering ¶ 27 of the Complaint on file, Defendant is without sufficient

3 | knowledge or information to form a belief as to the truth of the allegations contained

4 | therein, and on that basis denies each and every allegation contained therein.

5 |     28.    Answering ¶ 28 of the Complaint on file, Defendant is without sufficient

6 | knowledge or information to form a belief as to the truth of the allegations contained

7 | therein, and on that basis denies each and every allegation contained therein.

8 |     29.    Answering ¶ 29 of the Complaint on file, Defendant is without sufficient

9 | knowledge or information to form a belief as to the truth of the allegations contained

10 | therein, and on that basis denies each and every allegation contained therein.

11 | COPY RIGHTS

12 |     30.    Answering ¶ 30 of the Complaint on file, Defendant is without sufficient

13 | knowledge or information to form a belief as to the truth of the allegations contained

14 | therein, and on that basis denies each and every allegation contained therein.

15 | AUTHORIZED DISTRIBUTION ONLY

16 |     31.    Answering ¶ 31 of the Complaint on file, Defendant is without sufficient

17 | knowledge or information to form a belief as to the truth of the allegations contained

18 | therein, and on that basis denies each and every allegation contained therein.

19 |     32.    Answering ¶ 32 of the Complaint on file, Defendant is without sufficient

20 | knowledge or information to form a belief as to the truth of the allegations contained

21 | therein, and on that basis denies each and every allegation contained therein.

22 |     33.    Answering ¶ 33 of the Complaint on file, Defendant is without sufficient

23 | knowledge or information to form a belief as to the truth of the allegations contained

24 | therein, and on that basis denies each and every allegation contained therein.

25 |     34.    Answering ¶ 34 of the Complaint on file, Defendant is without sufficient

26 | knowledge or information to form a belief as to the truth of the allegations contained

27 | therein, and on that basis denies each and every allegation contained therein.

28 | ///

35.     Answering ¶ 35 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

36.     Answering ¶ 36 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

37.     Answering ¶ 37 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

38.     Answering ¶ 38 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

39.     Answering ¶ 39 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

40.     Answering ¶ 40 of the Complaint on file, Defendant admits the allegation therein to the extent that Defendant at all relevant time was an authorized dealer of Viper® products.

<u>WARRANTY</u>

41.     Answering ¶ 41 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

42.     Answering ¶ 42 of the Complaint on file, Defendant admits the allegation therein to the extent that the documents attached to the complaint on file as Exhibit J appears to have been a part of DIRECTED's limited warranty.

43.     Answering ¶ 43 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

## COUNTERFEIT UNITS

44.     Answering ¶ 44 of the Complaint on file, Defendant denies each and every allegation contained therein.

45.     Answering ¶ 45 of the Complaint on file, Defendant denies each and every allegation contained therein.

46.     Answering ¶ 46 of the Complaint on file, Defendant denies each and every allegation contained therein.

47      Answering ¶ 47 of the Complaint on file, Defendant denies each and every allegation contained therein.

48.     Answering ¶ 48 of the Complaint on file, Defendant denies each and every allegation contained therein.

49.     Answering ¶ 49 of the Complaint on file, Defendant denies each and every allegation contained therein.

50.     Answering ¶ 50 of the Complaint on file, Defendant denies each and every allegation contained therein.

51.     Answering ¶ 51 of the Complaint on file, Defendant denies each and every allegation contained therein.

52.     Answering ¶ 52 of the Complaint on file, Defendant denies each and every allegation contained therein.

## FIRST CAUSE OF ACTION

53.     Answering ¶ 53 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

54.     Answering ¶ 54 of the Complaint on file, Defendant denies each and every allegation contained therein.

55.     Answering ¶ 55 of the Complaint on file, Defendant denies each and every allegation contained therein.

///

56. Answering ¶ 56 of the Complaint on file, Defendant denies each and every allegation contained therein.

57. Answering ¶ 57 of the Complaint on file, Defendant denies each and every allegation contained therein.

58. Answering ¶ 58 of the Complaint on file, Defendant denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

59. Answering ¶ 59 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

60. Answering ¶ 60 of the Complaint on file, Defendant denies each and every allegation contained therein.

61. Answering ¶ 61 of the Complaint on file, Defendant denies each and every allegation contained therein.

62. Answering ¶ 62 of the Complaint on file, Defendant denies each and every allegation contained therein.

63. Answering ¶ 63 of the Complaint on file, Defendant denies each and every allegation contained therein.

64. Answering ¶ 64 of the Complaint on file, Defendant denies each and every allegation contained therein.

65. Answering ¶ 65 of the Complaint on file, Defendant denies each and every allegation contained therein.

66. Answering ¶ 66 of the Complaint on file, Defendant denies each and every allegation contained therein.

67. Answering ¶ 67 of the Complaint on file, Defendant denies each and every allegation contained therein.

///

///

1

## THIRD CAUSE OF ACTION

2    68.    Answering ¶ 68 of the Complaint on file, Defendant is without sufficient

3  knowledge or information to form a belief as to the truth of the allegations contained

4  therein, and on that basis denies each and every allegation contained therein.

5    69.    Answering ¶ 69 of the Complaint on file, Defendant denies each and every

6  allegation contained therein.

7    70.    Answering ¶ 70 of the Complaint on file, Defendant denies each and every

8  allegation contained therein.

9    71.    Answering ¶ 71 of the Complaint on file, Defendant denies each and every

10  allegation contained therein.

11    72.    Answering ¶ 72 of the Complaint on file, Defendant denies each and every

12  allegation contained therein.

13    73.    Answering ¶ 73 of the Complaint on file, Defendant denies each and every

14  allegation contained therein.

15    74.    Answering ¶ 74 of the Complaint on file, Defendant denies each and every

16  allegation contained therein.

17

## FOURTH CAUSE OF ACTION

18    75.    Answering ¶ 75 of the Complaint on file, Defendant is without sufficient

19  knowledge or information to form a belief as to the truth of the allegations contained

20  therein, and on that basis denies each and every allegation contained therein.

21    76.    Answering ¶ 76 of the Complaint on file, Defendant denies each and every

22  allegation contained therein.

23    77.    Answering ¶ 77 of the Complaint on file, Defendant denies each and every

24  allegation contained therein.

25    78.    Answering ¶ 78 of the Complaint on file, Defendant denies each and every

26  allegation contained therein.

27    79.    Answering ¶ 79 of the Complaint on file, Defendant denies each and every

28  allegation contained therein.

## FIFTH CAUSE OF ACTION

80.    Answering ¶ 80 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

81.    Answering ¶ 81 of the Complaint on file, Defendant denies each and every allegation contained therein.

82.    Answering ¶ 82 of the Complaint on file, Defendant denies each and every allegation contained therein.

83.    Answering ¶ 83 of the Complaint on file, Defendant denies each and every allegation contained therein.

84.    Answering ¶ 84 of the Complaint on file, Defendant denies each and every allegation contained therein.

## SIXTH CAUSE OF ACTION

85.    Answering ¶ 85 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

86.    Answering ¶ 86 of the Complaint on file, Defendant denies each and every allegation contained therein.

87.    Answering ¶ 87 of the Complaint on file, Defendant denies each and every allegation contained therein.

88.    Answering ¶ 88 of the Complaint on file, Defendant denies each and every allegation contained therein.

## **FIRST AFFIRMATIVE DEFENSE**

### (Failure to State a Claim)

89.    The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the complaint on file fails to state facts sufficient to constitute a cause of action upon which relief can be granted against this Defendant.

## SECOND AFFIRMATIVE DEFENSE

(Damages Resulted Solely from Plaintiff's Fault)

90.     The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that if plaintiff was damaged at all, plaintiff was so damaged due to plaintiff's own failures, or by the failures of those acting on plaintiff's behalf.

## THIRD AFFIRMATIVE DEFENSE

(Contributory Negligence)

91.     The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that, at all times mentioned herein, plaintiff was negligent, careless, reckless and unlawfully conducted itself so as to directly and proximately contribute to the happening of the incident and the occurrence of the alleged damages, all of which said negligence bars either completely or partially the recovery sought by plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

(Comparative Fault)

92.     The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that in the event a finding are made in this action that this Defendant is at fault in any manner or to any degree and that such fault proximately contributed to any injuries, losses or damages, if any, to plaintiff, the amount of recovery, if any, by plaintiff should be reduced on the basis of comparative fault of plaintiff, its predecessors in interest or others whose conduct is chargeable to plaintiff, which proximately contributed to and caused such injuries, losses or damages, if any, to plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

(Active and Primary Fault)

93.     The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff's conduct was such that any and

all liability based thereon was active and primary in nature, and therefor, plaintiff is barred

and precluded from any recovery sought in the Complaint on file against this Defendant.

### SIXTH AFFIRMATIVE DEFENSE

(Intervening Superseding Causes)

94.    The Defendant alleges, without admitting any liability or obligation, if any,

without impairing the general denials herein, that the injuries and damages stated in the

complaint on file were proximately caused by or contributed to by the acts of other

defendants,  persons and/or other entities and that said acts were an intervening and

superseding cause of the injuries and damages, if any, and therefor, plaintiff is barred from

any recovery against this Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

(Contribution)

95.    The Defendant alleges, without admitting any liability or obligation, if any,

without impairing the general denials herein, that the damages suffered by plaintiff, if any,

were the direct and proximate result of the negligence of parties, persons, corporations

and/or entities other than this Defendant, and that the liability of the Defendant, if any,

is limited in direct proportion to the percentage of fault actually attributable to the

Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

96.    The Defendant alleges, without admitting any liability or obligation, if any,

without impairing the general denials herein, that the causes of action set fourth in the

complaint on file are barred by the statute of limitations.

### NINTH AFFIRMATIVE DEFENSE

(Offset)

97.    The Defendant alleges, without admitting any liability or obligation, if any,

without impairing the general denials herein, that plaintiff's claims, alleged in the

complaint, are subject to offset.

## TENTH AFFIRMATIVE DEFENSE

### (Laches)

98.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff, its predecessors in interest or others whose conduct is chargeable to Plaintiff, is guilty of laches, and it would therefore be inequitable to grant any of the remedies sought by plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

99.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff by its conduct is guilty of unclean hands, which bars or reduces the recovery, if any, to which plaintiff is entitled, in accordance with proof at the time of trial.

## TWELFTH AFFIRMATIVE DEFENSE

### (Waiver)

100.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff, its predecessors in interest or others whose conduct is chargeable to plaintiff, have waived any right to relief  to which it might otherwise be entitled.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

101.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff, its predecessors in interest or others, whose conduct is chargeable to plaintiff, are estopped from asserting any relief to which it might otherwise be entitled.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Impossibility)

102.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the complaint, and each of the purported

1   causes of action therein, is barred by the doctrine of impossibility in that the contract was

2   impossible to perform at the time this Defendant was to have performed it.

3   **FIFTEENTH AFFIRMATIVE DEFENSE**

4   (Accord and Satisfaction)

5   103.   The Defendant alleges, without admitting any liability or obligation, if any,

6   without impairing the general denials herein, that plaintiff is barred from recovery therein

7   by virtue of the fact that there was an accord and satisfaction of the instant dispute.

8   **SIXTEENTH AFFIRMATIVE DEFENSE**

9   (Failure to Mitigate)

10   104.   The Defendant alleges, without admitting any liability or obligation, if any,

11   without impairing the general denials herein, that if plaintiff was damaged at all, plaintiff

12   was so damaged due to plaintiff's own failures, or by the failures of those acting on

13   plaintiff's behalf, to mitigate plaintiff's own damages, and therefor, any and all alleged

14   sustained damages must be reduced accordingly.

15   **SEVENTEENTH AFFIRMATIVE DEFENSE**

16   (Justifiable Conduct)

17   105.   The Defendant alleges, without admitting any liability or obligation, if any,

18   without impairing the general denials herein, that the conduct of the Defendant in regard

19   to the matters alleged in the complaint on file was justified, and by reason of the

20   foregoing, plaintiff is barred from any recovery against this Defendant herein.

21   **EIGHTEENTH AFFIRMATIVE DEFENSE**

22   (Lack of Consideration)

23   106.   The Defendant alleges, without admitting any liability or obligation, if any,

24   without impairing the general denials herein, that at all times mentioned herein, there was,

25   have been, and/or continues to be a material failure of consideration on the part of plaintiff

26   herein, and therefor, this Defendant's duty to perform have been discharged.

27   ///

28   ///

## NINETEENTH AFFIRMATIVE DEFENSE

### (Lack of Equity)

107.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that as between this Defendant and plaintiff, the equities do not preponderate in favor of plaintiff so as to allow recovery based on equitable indemnity.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Performance Excused)

108.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the Defendant's performance, if any, has been excused by the non-occurrence of a condition precedent, and/or by the occurrence of a condition subsequent, and thereby, plaintiff is barred from any recovery against the Defendant herein.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Wrongful Prevention)

109.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the Defendant's  performance of the alleged contract was wrongfully prevented by plaintiff, or other persons and/or entities on plaintiff's behalf, at the time the Defendant was to have performed it, if any.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Performance Discharged)

110.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the Defendant's performance, if any, has been discharged, and thereby, plaintiff is barred from any recovery against this Defendant herein.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Novation)

111.   The Defendant alleges, without admitting any liability or obligation, if any,

1   without impairing the general denials herein, that a novation occurred between plaintiff and

2   the Defendant, and thereby, plaintiff is barred from recovery  or relief from the Defendant

3   based on the complaint on file, and each purported causes of action therein.

4   **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

5   (Release)

6   112.   The Defendant alleges, without admitting any liability or obligation, if any,

7   without impairing the general denials herein, that plaintiff, by its own conduct or otherwise,

8   has released this Defendant from the obligations and duties sued upon and/or the

9   damages claimed, and thereby, plaintiff is barred from recovery or relief from the

10  Defendant based on the complaint on file, and each purported cause of action therein.

11  **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

12  (Rescission)

13  113.   The Defendant alleges, without admitting any liability or obligation, if any,

14  without impairing the general denials herein, that plaintiff is barred from recovery therein

15  by virtue of the fact that the alleged obligations of the Defendant have been rescinded.

16  **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

17  (Impracticability)

18  114.   The Defendant alleges, without admitting any liability or obligation, if any,

19  without impairing the general denials herein, that the complaint, and each of the purported

20  causes of action therein, is barred by the doctrine of impracticability in that the alleged

21  contract was impracticable to perform at the time the Defendant was to have performed

22  it, if any.

23  **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

24  (Frustration of Purpose)

25  115.   The Defendant alleges, without admitting any liability or obligation, if any,

26  without impairing the general denials herein, that the purpose of the alleged contract was

27  frustrated at the time the Defendant was to have performed it, if any.

28  ///

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

(Lack of Privity)

116.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that plaintiff fails to state a cause of action against this Defendant in that it fails to show any privity between plaintiff and this Defendant.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

(Lack of Consent)

117.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that any contract alleged in the complaint on file, if entered into by the Defendant, was so entered as a result of duress, menace, fraud, undue influence, and/or mistake, and was or is hereby rescinded.

## THIRTIETH AFFIRMATIVE DEFENSE

(Mistake)

118.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that any contract alleged in the complaint on file, if entered into by this Defendant, was so entered as the result of mutual mistake of fact.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

(Substantial Performance)

119.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the Defendant have substantially performed their duties.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

(Failure to Notify)

120.   The Defendant alleges, without admitting any liability or obligation, if any, without impairing the general denials herein, that the Defendant is informed and believes and thereon alleges that, if any defects or inadequacies in the work performed by this

1 Defendant, which this Defendant denies, plaintiff failed to timely notify this Defendant of

2 such condition and further failed to give this Defendant timely opportunity to cure such

3 condition, and therefor, plaintiff is barred and precluded from any recovery against this

4 Defendant.

5 **THIRTY-THIRD AFFIRMATIVE DEFENSE**

6 (Lack of Standing)

7 121. The Defendant alleges, without admitting any liability or obligation, if any,

8 without impairing the general denials herein, that plaintiff fails to show that it has a

9 standing to institute the instant action against this Defendant.

10 **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

11 (Reservation)

12 122. This Defendant alleges, without admitting any liability or obligation, if any,

13 without impairing the general denials herein, that this Defendant have insufficient

14 knowledge or information upon which to form a belief as to whether the Defendant may

15 have additional, as yet unstated affirmative defenses available, and therefor, this

16 Defendant reserve the right to assert additional affirmative defenses in the event discovery

17 indicates that they would be appropriate and proper.

18

19 **PRAYER**

20 **WHEREFORE**, the Defendant prays for judgment as follows:

21 1. That plaintiff's complaint on file against this Defendant be dismissed with

22 prejudice;

23 2. That plaintiff take nothing from this Defendant by reason of its complaint on

24 file;

25 3. That this Defendant be awarded reasonable attorneys' fees;

26 4. That this Defendant be awarded costs of suit incurred in defense of this

27 action;

28 5. For such other and further relief as the Court may deem just, proper and

equitable.

DATED: September __5__, 2000

Respectfully submitted,

Law Offices of David D. Won

By: _____
David D. Won

Attorney for Defendant,
**HAK B. CHOI, an individual doing business as AUDIO TUNE**

- 19 -
ANSWER

1

## **DEMAND FOR JURY TRIAL**

2

3        Defendant **HAK B. CHOI, an individual doing business as AUDIO TUNE** hereby

4   demands trial by jury.

5

6   DATED: September __5__, 2000               Respectfully submitted,

7                                             Law Offices of David D. Won

8

9

10                                     By: _____

11                                          David D. Won

12                                          Attorney for Defendant,
                                            **HAK B. CHOI, an individual doing
                                            business as AUDIO TUNE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 20 -
ANSWER

## PROOF OF SERVICE
USDC-CENTRAL CASE#: 00-CV- 01386-BTM (LAB)
DIRECTED ELECTRONICS, INC. vs. HOUSTON A-1 CAR STEREO PLUS, INC., et al.

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Boulevard, Suite 2400, Los Angeles, California 90010-1930.

On September **5** , 2000, I served the foregoing document described as:

### ANSWER OF DEFENDANT
**HAK B. CHOI, an individual, doing business as AUDIO TUNE**

on <u>interested parties</u> in this action by placing [  ] the original [X] a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Ms. Kristen E. Calverly, Esq.
> Brobeck, Phleger & Harrison, LLP
> 12390 El Camino Real
> San Diego, CA 92130-2081
> Tel:(858)720-2500
> Fax:(858)720-2555
> [Attorneys for Plaintiffs]

[X]     BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[  ]     BY ELECTRONIC TRANSFER: I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted above via electronic transfer (facsimile) at the respective telephone numbers indicated above.

[  ]     BY PERSONAL SERVICE UPON ATTORNEY: I delivered such envelope by hand to a receptionist or a person having charge thereof at the offices of the addressee.

[  ]     BY PERSONAL SERVICE UPON PARTY: I delivered such envelope by hand to a person of not less than 18 years of age at the offices of the addressee between 8:00 a.m. and 6:00 p.m..

[  ]     BY OVERNIGHT DELIVERY: I delivered to an authorized carrier to receive documents, in an envelope or package designated by the express service carrier, with delivery fees thereon fully paid, addressed to the offices of the addressee.

[  ]     BY EXPRESS MAIL: I deposited in a facility regularly maintained by the U.S. Postal Service for receipt of Express Mail, in a sealed envelope, with Express Mail postage fully paid, addressed to the addressee.

I declare under penalty of perjury under the laws of the State of California and United States of America that the above is true and correct.

Executed on September **5** , 2000 at City of <u>Los Angeles</u>, County of <u>Los Angeles</u>, State of <u>California</u>.

Susan H. Won